B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Cong. Khal Chasidei Skwere** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> **DBA Tomer Devora School; DBA Yeshiva Bais Yitzchok; DBA Skwere Mosdos; DBA Mesivta Bais Yitchok; DBA Camp Skwere; DBA Camp Bnos Skwere** | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> **51-0142958** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **1334 47th Street** <br> **Brooklyn, NY** <br> ZIP Code **11219** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | **4500 9th Ave** <br> **1420 45th Street** <br> **1411-45th Street** <br> **Brooklyn, NY 11219** |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cong. Khal Chasidei Skwere** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                    _____
                      (Name of landlord that obtained judgment)

                    _____
                      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cong. Khal Chasidei Skwere** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Abraham Backenroth**
Signature of Attorney for Debtor(s)

**Abraham Backenroth 1989**
Printed Name of Attorney for Debtor(s)

**Backenroth Frankel & Krinsky, LLP**
Firm Name

**489 Fifth Avenue**
**28th Floor**
**New York, NY 10017**

Address

                  **Email: mfrankel@bfklaw.com**
**212-593-1100  Fax: 212-644-0544**
Telephone Number

**July 20, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Shlomo Kolodny**
Signature of Authorized Individual

**Shlomo Kolodny**
Printed Name of Authorized Individual

**Administrator**
Title of Authorized Individual

**July 20, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Cong. Khal Chasidei Skwere**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **15th Ave Food**<br>4322 15th Ave<br>Brooklyn, NY 11219 | **15th Ave Food**<br>4322 15th Ave<br>Brooklyn, NY 11219 | | | **27,000.00** |
| **Bertram Foods**<br>3401 Tremley Point Road<br>Linden, NJ 07036 | **Bertram Foods**<br>3401 Tremley Point Road<br>Linden, NJ 07036 | | | **19,600.00** |
| **Chuster Noodle Co.**<br>122 Division Ave<br>Brooklyn, NY 11211 | **Chuster Noodle Co.**<br>122 Division Ave<br>Brooklyn, NY 11211 | | | **11,000.00** |
| **Dagim Tahorim**<br>1681 54th Street<br>Brooklyn, NY 11204 | **Dagim Tahorim**<br>1681 54th Street<br>Brooklyn, NY 11204 | | | **70,000.00** |
| **Dependable**<br>29 Executive Ave<br>Edison, NJ 08817 | **Dependable**<br>29 Executive Ave<br>Edison, NJ 08817 | | | **82,800.00** |
| **Fruends Fish**<br>4301 15th Ave<br>Brooklyn, NY 11219 | **Fruends Fish**<br>4301 15th Ave<br>Brooklyn, NY 11219 | | | **19,400.00** |
| **Golden Flow**<br>54 Walworth Street<br>Brooklyn, NY 11205 | **Golden Flow**<br>54 Walworth Street<br>Brooklyn, NY 11205 | | | **110,000.00** |
| **Internal Revenue Service**<br>11601 Roosevelt Boulevard<br>Philadelphia, PA 19114 | **Internal Revenue Service**<br>11601 Roosevelt Boulevard<br>Philadelphia, PA 19114 | Total for all Schools- details to follow | | **73,100.00** |
| **Kaff Bakery**<br>4518 Ft Hamilton<br>Brooklyn, NY 11219 | **Kaff Bakery**<br>4518 Ft Hamilton<br>Brooklyn, NY 11219 | | | **82,100.00** |
| **Kahan Fruits**<br>157 Harrison Ave<br>Brooklyn, NY 11206 | **Kahan Fruits**<br>157 Harrison Ave<br>Brooklyn, NY 11206 | | | **27,000.00** |
| **Ness Paper**<br>243 St Marks St<br>Brooklyn, NY 11238 | **Ness Paper**<br>243 St Marks St<br>Brooklyn, NY 11238 | | | **64,645.00** |
| **Ossies Fish**<br>1314 50th Street<br>Brooklyn, NY 11219 | **Ossies Fish**<br>1314 50th Street<br>Brooklyn, NY 11219 | | | **48,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Cong. Khal Chasidei Skwere** Case No.
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Podrigacs**<br>1274 49th Street<br>Brooklyn, NY 11219 | **Podrigacs**<br>1274 49th Street<br>Brooklyn, NY 11219 | | | **62,600.00** |
| **R & L Food Distributers**<br>1123 49th Street<br>Brooklyn, NY 11219 | **R & L Food Distributers**<br>1123 49th Street<br>Brooklyn, NY 11219 | | | **19,500.00** |
| **Roth & Co. CPA**<br>1428 36th Street<br>Suite 200<br>Brooklyn, NY 11218 | **Roth & Co. CPA**<br>1428 36th Street<br>Suite 200<br>Brooklyn, NY 11218 | | | **60,000.00** |
| **Royal Wine**<br>1519 Route 9W<br>Marlboro, NY 12542 | **Royal Wine**<br>1519 Route 9W<br>Marlboro, NY 12542 | | | **25,000.00** |
| **Teacher Salaries**<br>All Schools<br>Detailed schedule<br>to follow<br>Brooklyn, NY 11219 | **Teacher Salaries**<br>All Schools<br>Detailed schedule<br>Brooklyn, NY 11219 | **Schedule to be provided** | | **960,000.00** |
| **Tiferes Elimelech**<br>1650 56th Street<br>Brooklyn, NY 11204 | **Tiferes Elimelech**<br>1650 56th Street<br>Brooklyn, NY 11204 | **Rent for Tomer Devora High School** | | **90,000.00** |
| **Vineland**<br>1100 S. Mill Road<br>Vineland, NJ 08360 | **Vineland**<br>1100 S. Mill Road<br>Vineland, NJ 08360 | | | **80,000.00** |
| **Wexal Investors LLC**<br>**Wexel Inverstors LLC**<br>**c/oKriss & Feuerstein LLP**<br>**360 Lexington Ave**<br>**New York, NY 10017** | **Wexal Investors LLC**<br>**Wexel Inverstors LLC**<br>**c/oKriss & Feuerstein LLP**<br>**New York, NY 10017** | **Mesivta Bais Yitzchok**<br>**1420 45th Street**<br>**Brooklyn, NY 11219** | | **3,698,311.24**<br><br>**(1,000,000.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Administrator of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 20, 2011**     Signature **/s/ Shlomo Kolodny**
                                     **Shlomo Kolodny**
                                     **Administrator**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

15th Ave Food
4322 15th Ave
Brooklyn, NY 11219

Bertram Foods
3401 Tremley Point Road
Linden, NJ 07036

Chuster Noodle Co.
122 Division Ave
Brooklyn, NY 11211

Dagim Tahorim
1681 54th Street
Brooklyn, NY 11204

Dependable
29 Executive Ave
Edison, NJ 08817

Flamms
288 Scholes Street
Brooklyn, NY

Fruends Fish
4301 15th Ave
Brooklyn, NY 11219

Golden Flow
54 Walworth Street
Brooklyn, NY 11205

Internal Revenue Service
11601 Roosevelt Boulevard
Philadelphia, PA 19114

Jerusalem Kosher
PO Box 444
Monsey, NY

Kaff Bakery
4518 Ft Hamilton
Brooklyn, NY 11219

Kahan Fruits
157 Harrison Ave
Brooklyn, NY 11206


Ness Paper
243 St Marks St
Brooklyn, NY 11238


NYS Unemployment Insuranc
PO Box 4301
Binghamton, NY 13902


Ossies Fish
1314 50th Street
Brooklyn, NY 11219


Podrigacs
1274 49th Street
Brooklyn, NY 11219


R & L Food Distributers
1123 49th Street
Brooklyn, NY 11219


Roth & Co. CPA
1428 36th Street
Suite 200
Brooklyn, NY 11218


Royal Wine
1519 Route 9W
Marlboro, NY 12542


Teacher Salaries
All Schools
Detailed schedule
to follow
Brooklyn, NY 11219


Tiferes Elimelech
1650 56th Street
Brooklyn, NY 11204

Vineland
1100 S. Mill Road
Vineland, NJ 08360

Wexal Investors LLC
Wexel Inverstors LLC
c/oKriss & Feuerstein LLP
360 Lexington Ave
New York, NY 10017